|  | FILED |
|---|---|
|  | March 31, 2008 |
|  | CLERK, US DISTRICT COURT |
|  | EASTERN DISTRICT OF CALIFORNIA |
|  | DEPUTY CLERK |

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-08-0103-LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| LESLIE SHUGART, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release LESLIE SHUGART, Case No. CR.S-08-0103-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_  Release on Personal Recognizance

_X_  Bail Posted in the Sum of: $50,000.00.

    _X_  Unsecured Appearance Bond

    \_\_  Appearance Bond with Surety

    _X_  (Other) Conditions as stated on the record.

    \_\_\_  (Other) The Defendant is ordered released on 04/02/08 at 8:30 a.m. to the Pretrial Services Office.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   03/31/08   at 3:35 pm

By _____
Edmund F. Brennan
United States Magistrate Judge