FILED
December 20, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 2:08-cr-00103-LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| LESLIE SHUGART, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Leslie Shugart</u>; Case <u>2:08-cr-00103-LKK</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✓  Release on Personal Recognizance

__  Bail Posted in the Sum of _____

__  Unsecured Appearance Bond in the amount of $

__  Appearance Bond with 10% Deposit

__  Appearance Bond secured by Real Property

__  Corporate Surety Bail Bond

✓  (Other) Probation Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on  12/20/12  at  2:40 pm

By  _____
Carolyn K. Delaney
United States Magistrate Judge

cc: USM